IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

John J. Francis, Jr.
Michael C. Zogby
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932
*Attorneys for Defendants Pfizer Inc.
and Warner-Lambert Company LLC*

Gerald Sobel
Myron Kirschbaum
Stephen J. Elliott
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

| | |
|---|---|
| **In re Neurontin® Antitrust Litigation** | VIA ELECTRONIC FILING |
| | Hon. Faith S. Hochberg, U.S.D.J. |
| | Hon. Patty Shwartz, U.S.M.J. |
| **This Filing Relates to Direct Purchaser Plaintiffs** | MDL Docket No. 1479 |
| | Master Docket No. 02-CV-1390 |
| | Civil Action Nos. |
| | 02-CV-1830 |
| | 02-CV-2731 |
| | 02-CV-5582 |

**STIPULATION AND ORDER EXTENDING PAGE LIMITS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for defendants Pfizer Inc. and Warner-Lambert Company LLC (hereinafter "Warner-Lambert") and counsel for plaintiffs Louisiana Wholesale Drug Co., Inc., Meijer, Inc., Meijer Distribution, Inc., CVS Pharmacy, Inc., Rite Aid Corp., and Rite Aid Hdqtrs. Corp. ("Direct Purchase Plaintiffs"), subject to the approval of the Court, that the page limit of the Direct Purchaser Plaintiffs' Opposition Brief to Warner-Lambert's Motion to Dismiss the Direct Purchaser

Plaintiffs' Federal Antitrust Claims shall be extended from 60 pages, as set forth in the Court's Order dated February 27, 2008, to 70 pages, and that the page limit of Warner-Lambert's Reply Brief in support of its Motion to Dismiss the Direct Purchaser Plaintiffs' Federal Antitrust Claims shall be extended from 15 pages, pursuant to Local Rule 7.2(b), to 30 pages.

Dated May 15, 2008

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of the within Order:

Richard J. Kilsheimer, Esq.
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, New York 10022
*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

Barry L. Refsin, Esq.
Hangley Aronchick Segal & Pudlin, P.C.
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
*Counsel for Direct Purchaser Non-Class Plaintiffs CVS Pharmacy, Inc. and Rite Aid Corporation*

John J. Francis, Jr., Esq.
Michael C. Zogby, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932
*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LL*