UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : |
| | : |
| **NEURONTIN ANTITRUST** | : Civil Action No. 02-1390(FSH) |
| **LITIGATION** | : |
| | : **ORDER ON INFORMAL APPLICATION** |
| | : |
| | : |

This matter having come before the Court by way of submissions dated December 8, 2009 and December 9, 2009, regarding the scope of the Rule 30(b)(6) notice;

and the Court having considered the submission, record of proceedings, claims, and defenses;

and for the reasons set forth in the Opinion delivered on the record on December 10, 2009;

and for good cause shown,

IT IS ON THIS 10th day of December, 2009

ORDERED that the request to compel Warner Lambert to produce a Rule 30(b)(6) witness to testify about off-label marketing for neurodegenerative diseases and and the factual basis for the off-label uses denials in its Answer is granted;

IT IS FURTHER ORDERED that the request to compel Warner Lambert to produce a Rule 30(b)(6) witness concerning Warner-Lambert's efforts to prevent/remedy its promotion of off-label uses after its guilty plea is denied.  Because defendant objected to presenting a Rule 30(b)(6) witness on this subject, all parties are precluded from using information about this topic in this case;

IT IS FURTHER ORDERED that the request for court-intervention concerning the four topics set forth in the May 1 Patent deposition notice concerning the '482 patent is denied; and

IT IS FURTHER ORDERED that the request to strike footnote 8 is moot as it contents were played no role in the ruling.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**