<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE NEURONTIN ANTITRUST LITIGATION,** | : : : : | |
| | : | **Civil Action No. 02-1390 (FSH)** |
| | : : | |
| **This Document Relates to All Actions** | : : : | **ORDER** May 21, 2014 |
| | : | |

**<u>HOCHBERG, District Judge:</u>**

On May 1, 2014, this Court held an in-person hearing to discuss the Class Plaintiffs' proposed settlement agreement with Defendants as well as the status of the Opt-Out Plaintiffs' action. The Court then granted Class Plaintiffs' motion for preliminary approval of the settlement and stayed that action pending a final hearing. The Opt-Out Plaintiffs' action against Defendants, however, is proceeding to trial.

At the last pretrial status conference, on December 3, 2013, the parties and the Court discussed the issue of Plaintiffs' theory of causation for the damages they allegedly sustained based on Defendants' purportedly anticompetitive conduct. The Court advised the parties that it would require further briefing on the evidence Plaintiffs intend to offer at trial to prove causation for each of their two damages scenarios. (*See* 12/3/13 Tr. 51:1-64:16). The Opt-Out Plaintiffs and Defendants shall brief these issues according to the following schedule.

**IT IS**, this 21st day of May, 2014, hereby

**ORDERED** that the Opt-Out Plaintiffs and Defendants shall both submit opening briefs, no longer than 15 pages double-spaced, on or before June 4, 2014; and it is further

**ORDERED** that the parties shall submit responsive briefs, no longer than 10 pages double-spaced, on or before June 11, 2014; a hearing shall be held at a date to be determined.

**IT IS SO ORDERED**

**/s/ Faith S. Hochberg_____**
**Hon. Faith S. Hochberg, U.S.D.J.**